IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EPAC AVIATION PTY, LTD.,

    Plaintiff,

v.                                          No. 08-cv-1054 RHS/SMV

ECLIPSE AVIATION CORPORATION,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.[1] Because there has been no activity in this case in more than *five years*, Plaintiff is required to show good cause within 30 days why the case should not be dismissed pursuant to D.N.M.LR-Civ. 41.1.

The Complaint was filed on November 11, 2008. [Doc. 1]. Defendant was apparently served on November 18, 2008. [Doc. 5]. Then, on December 4, 2008, a notice of suggestion of Defendant's bankruptcy was filed. [Doc. 4]. However, since December of 2008, there has been no activity on the docket in this case. Accordingly, the Court will require Plaintiff to show good cause, within 30 days, why the case should not be closed pursuant to D.N.M.LR-Civ. 41.1.

**IT IS THEREFORE ORDERED** that Plaintiff file its response to this Order to Show Cause no later than **February 26, 2014**.

**IT IS SO ORDERED.**

                                                                  **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**

---

[1] I was assigned as the referral judge in this matter on January 27, 2014. [Doc. 6].